IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

ANOVSACK VONGBANDITH,

*Petitioner,*

v.

LEONARD ODDO, et al.

*Defendants.*

Civil No.: 3:25-cv-00290-PLD

**NOTICE OF VOLUNTARY DISMISSAL**

The Petitioner, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, respectfully notifies this Honorable Court of his desire to voluntarily dismiss the Petition for Writ of Habeas Corpus (Doc. 1). Petitioner has been released from Defendants' custody on $7,500.00 bond, set by an Immigration Judge. Petitioner notes that this voluntary dismissal is **without prejudice** pursuant to Rule 41(a)(1)(B) ["Unless the notice or stipulation states otherwise, the dismissal is without prejudice"].

Dated: October 29, 2025

Respectfully Submitted,

*s/ Christopher M. Casazza, Esq.*
Christopher M. CASAZZA, Esquire
Bar No. PA309567
Palladino, Isbell & Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102
p. (215) 576-9000
f. (215) 689-3531
chris@piclaw.com

ATTORNEY FOR PETITIONER

AND NOW, this 30th day of October, 2025, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE